An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY B. DEGIOVANNI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62996

**FILED**

JUN 13 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a "motion to terminate restitution and refund restitution collected in the amount exceeding the sum due." Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

We lack jurisdiction to consider this appeal because no statute or court rule provides for an appeal from such an order. *See Castillo v. State,* 106 Nev. 349, 352-53, 792 P.2d 1133, 1135 (1990). We decline appellant's request to treat the notice of appeal as a petition for a writ of mandamus. If appellant's counsel determines that pursuit of a petition for a writ of mandamus with this court is proper, appellant may file a petition

SUPREME COURT
OF
NEVADA

(O) 1947A

13 - 17420

in this court in compliance with NRAP 21. Because we lack jurisdiction, we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Jerome Polaha, District Judge
       Law Offices of Curtis B. Coulter
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

---

[1]The Honorable James H. Hardesty, Justice, voluntarily recused himself from participating in this appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A